UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OPTIMUM POWER SOLUTIONS LLC, a Texas Limited Liability Company,<br><br>*Plaintiff*,<br><br>v.<br><br>PANASONIC CORPORATION OF NORTH AMERICA, a Delaware Corporation,<br><br>*Defendant*. | Case No. 3:12-cv-03123-WHA<br><br>[PROPOSED] FINAL JUDGMENT OF NON-INFRINGEMENT<br><br>Hon. William H. Alsup |

Pursuant to and for the reasons set forth in the Parties' Stipulation for Entry of Final Judgment as to Non-Infringement of U.S. Patent No. 5,781,784 filed on March 19, 2013,

IT IS ORDERED AND ADJUDGED:

That this Final Judgment of Non-Infringement is in accordance with the Parties' Stipulation for Entry of Final Judgment as to Non-Infringement of U.S. Patent No. 5,781,784 filed on March 19, 2013;

That, with respect to Plaintiff Optimum Power Solutions LLC's claims against Defendant Panasonic Corporation of North America in this action, a final judgment of non-infringement be entered in favor of Defendant and against Plaintiff.

.

Dated: March 19, 2013.

_____
Hon. William H. Alsup
United States District Court Judge

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

5

STIPULATION FOR ENTRY OF JUDGMENT OF NON-INFRINGEMENT AND [PROPOSED] FINAL JUDGMENT OF NONINFRINGEMENT
CASE NO.  3:12-cv-03123-WHA