IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OPTIMUM POWER SOLUTIONS LLC,

    Plaintiff,

v.

PANASONIC CORPORATION OF NORTH AMERICA,

    Defendant.

No. C 12-03123 WHA

**ORDER RE RULE 41(A) STIPULATION OF DISMISSAL**

    Plaintiff filed a complaint alleging infringement of U.S. Patent No. 5,781,784 ("'784 patent") in 2011 and defendant filed an answer. The undersigned judge was assigned this action in 2013. Final judgment of non-infringement of the '784 patent in accordance with the parties' stipulation was entered on March 19 (Dkt. Nos. 102, 103).

    The parties have entered a stipulation of dismissal with prejudice as to all claims pursuant to Rule 41(a) (Dkt. No. 108). The parties states "this dismissal is intended solely to affect the claims between the parties and does not in any way constitute collateral estoppel against any claim asserted against a third party by the parties."

**IT IS SO ORDERED.**

Dated: December 2, 2013.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE